## ORDER

PER CURIAM.

AND NOW, the order of the Common Pleas Court of Philadelphia County is AFFIRMED. See, *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.*, 547 Pa. 142, 689 A.2d 213 (1997).

CASTILLE, Justice, concurring.

I join in the *Per Curiam* Order based on my concurring opinion filed in *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.*, 547 Pa. 142, 689 A.2d 213 (1997).

689 A.2d 218

**PENNSYLVANIA STATE POLICE, BUREAU OF LIQUOR CONTROL ENFORCEMENT, Appellant,**

**v.**

**NIGHTTIME CONCEPTS, INC., Appellee.**

Supreme Court of Pennsylvania.

Submitted July 8, 1996.

Decided Feb. 6, 1997.

## ORDER

PER CURIAM.

AND NOW, the order of the Common Pleas Court of Philadelphia County is AFFIRMED. See, *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.*, 547 Pa. 142, 689 A.2d 213 (1997).

CASTILLE, Justice, concurring.

I join in the *Per Curiam* Order based on my concurring opinion filed in *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.*, 547 Pa. 142, 689 A.2d 213 (1997).

689 A.2d 218

**In the Matter of Anthony A. MURASKI.**

**No. 303 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 6, 1997.

### NOTICE AND ORDER

PER CURIAM.

AND NOW, this 6th day of February, 1997, it appearing that Anthony A. Muraski, a member of the Bar of this Commonwealth, has been suspended from the practice of law in the State of Michigan for a period of three years by the attached Notice of Suspension of the State of Michigan Attorney Discipline Board dated April 3, 1996, in accordance with Rule 216, Pa.R.D.E., it is